UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURIE ANN BUCHANAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> _____ ) | CASE NO. C14-CV-0370-RAJ-JLW <br><br> ORDER REVERSING <br> COMMISSIONER AND REMANDING <br> FOR BENEFITS |

The Court has reviewed the entire record, including the Administrative Record, the memoranda of the parties, and the Report and Recommendation of United States Magistrate Judge John L. Weinberg.   It is therefore ORDERED:

(1) The Court adopts the Report and Recommendation;

(2) The Court REVERSES the decision of the Commissioner and REMANDS for award of benefits; and

(3) The Clerk shall direct copies of this Order to all counsel and to Judge Weinberg.

DATED this 29th day of January, 2015.

ORDER REVERSING COMMISSIONER
PAGE -1

01
02
03 The Honorable Richard A. Jones
United States District Judge
04
05
06
07
08
09
10
11
12
13
14
15
16
17
18
19
20
21
22

ORDER REVERSING COMMISSIONER
PAGE -2