United States District Court Judge Richard A. Jones

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURIE ANN BUCHANAN,<br>　　　　　Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>Defendant. | CIVIL NO.  2:14-cv-0370-RAJ<br><br>[PROPOSED] ORDER FOR ATTORNEY'S FEES PURSUANT TO 42 U.S.C. § 406(b) |

　　　This matter comes on before the court upon Plaintiff's Motion for Attorneys Fees. Dkt. # 24.  The Commissioner does not oppose the motion.  The court finds good cause to GRANT the motion and awards Plaintiff's attorney, Amy Gilbrough, a fee in the amount of $14,863.75, pursuant to 42 U.S.C. § 406(b).  The Commissioner is directed to send this amount to Plaintiff's attorney, minus any applicable processing fees as allowed by statute.  Upon receipt of this fee, Ms. Gilbrough will reimburse to the Plaintiff the fee

[PROPOSED] ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b) [«F494»] - 1

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055

1  she was paid under the Equal Access to Justice Act (EAJA) -- $4,952.19, as required by
2  statute.
3       DATED this 21st day of July, 2015.

*Richard A. Jones* (signature)

The Honorable Richard A. Jones
United States District Judge

[PROPOSED] ORDER FOR ATTORNEY'S FEES
PURSUANT TO 42 U.S.C. § 406(b) [«F494»] - 2

Elie Halpern & Associates, P.S.
1800 Cooper Pt. Road SW, Bldg. 19
Olympia, WA 98502
(360) 753-8055